In the Matter of 677 NEW LOUDON CORPORATION, Doing Business as NITE MOVES, Appellant, v STATE OF NEW YORK TAX APPEALS TRIBUNAL et al., Respondents.

Submitted August 6, 2012; decided August 28, 2012

Motion by CMSG Restaurant Group, LLC for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

AURORA ASSOCIATES, LLC, Respondent, v LAURA MARQUEZ, Appellant, et al., Respondents.

Submitted June 11, 2012; decided August 30, 2012

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in Civil Court (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for a stay dismissed as academic.

BANKERS TRUST COMPANY OF CALIFORNIA, N.A., Respondent, v MARY LEE WARD, Appellant, et al., Defendants.

Submitted June 11, 2012; decided August 30, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 837 (2012)].